UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES CLEVELAND HARRIS,
        Plaintiff,
    v.                                **Judgment in a Civil Case**
OFFICER N. JOYNER, TOMMY L. PAGE,
JR., HATTIE B. PIMPONG,
        Defendants.               Case Number: 5:12-CT-3001

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on April 30, 2012, with service on:
James Cleveland Harris 0170198 Nash Correctional Institution, P.O. Box 600 Nashville, NC 27856 (via U.S. Mail)

April 30, 2012                              /s/ Julie A. Richards
                                                          Clerk